**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELODY REINHARDT, ) | 3:14-cv-00588-HDM-VPC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING MAGISTRATE |
| vs. ) | JUDGE'S REPORT AND |
| ) | RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#17) filed on September 28, 2015, in which the Magistrate Judge recommends that this court enter an order dismissing plaintiff's complaint without prejudice. No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#17). Therefore, plaintiff's complaint is

1

dismissed without prejudice.  The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 22nd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE